IN RE Vincent D. RUSHFORD, No. 79-81

July 7, 1982. Pursuant to 12 V.S.A. App. I, Pt. IV, Rule 11(b), upon recommendation of the Board of Judicial Conduct, Assistant Judge Vincent D. Rushford of Orleans County is hereby publicly reprimanded.

Charles BERGES v. TOWN OF PAWLET, No. 100-81

July 7, 1982. The Board of Appraisers, proceeding de novo under 32 V.S.A. § 4467, was empowered to determine whether it had jurisdiction to reach the merits of appellant's property tax appeal. The Board's decision dismissing the appeal is affirmed.

STATE of Vermont v. Gordon M. HUNT, No. 82-316

July 26, 1982. No legally supportable ground for rejection of the bail proffered below being made to appear, the same is approved and, when furnished, the defendant is to be released on bail as previously ordered in accordance with the terms of the order dated April 20, 1982, plus the six additional conditions agreed to on June 29, 1982.

COUNTY OF CHITTENDEN, Vermont, and Jane Wheel and John Donoghue, Assistant Judges of and for said county v. BURLINGTON CIVIC TRUST, INC., George Little, Jr., Richard Thomas, Michael Dressell, Michael Richardson, the City of Burlington, Vermont, and Acting Superior Judge Theodore Mandeville, Judge of the Vermont Superior Court for Chittenden County, No. 82-359

August 6, 1982. The petition for contempt filed in the Chittenden Superior Court is hereby quashed for lack of actual service of the order on the respondents. 12 V.S.A. § 122; V.R.C.P. 58; and *Socony Mobil Oil Co.* v. *Northern Oil Co.*, 126 Vt. 160, 163, 225 A.2d 60 (1966).

Kevin GADWAH v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 250-81

September 7, 1982. No appealable issue being disclosed on the record or properly briefed, the order of the Employment Security Board is affirmed. V.R.A.P. 28(a) (4); *Quazzo* v. *Quazzo*, 136 Vt. 107, 111, 386 A.2d 638, 641 (1978).